■ In the Matter of EDWARD DOUGLAS HALPER, a Suspended Attorney.—Motion to confirm the report of the Hearing Panel and deny the application for reinstatement granted; and cross-motion to disaffirm the Hearing Panel's report, and to reinstate petitioner denied in its entirety. Concur—Sullivan, J. P., Rosenberger, Kupferman, Ross and Smith, JJ.